Decision Per Curiam.

Mary R. Reid and Franklin Reid, her Husband, Appellants, vs. The Georgia State Building & Loan Association, Appellee.

## DIVISION A.

Appeal from the Circuit Court, Polk county; Joseph B. Wall, Judge.

*Wilson & Wilson,* for Appellants.

*Jefferson Varn,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.